UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE GIRAUD,

           Plaintiff,

- against -

MTA METRO-NORTH RAILROAD CO.,

           Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09
```

**ORDER**

09 Civ. 02187 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that:

    (1) Defendant shall serve its motion to dismiss and supporting papers on or before June 15, 2009;

    (2) Plaintiff's opposition papers are due on or before July 15, 2009; and

    (3) Defendant's reply papers are due on or before August 1, 2009.

    All papers shall be filed in accordance with the Court's Individual Rule 3.C.

Dated: New York, New York
      May 13, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge